# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | )  Case No. CR-07-035-RAW |
| RAYMOND JAMES DEMOINE BIGHEAD, | ) ) ) |
| Defendant. | ) |

## ORDER

This matter came on for competency hearing on November 29, 2007. On July 9, 2007, the Court entered an Order granting defendant's motion for psychiatric examination. The Court has received the resulting report, which opines that the defendant is competent to stand trial. An evidentiary hearing was conducted and the Court made findings which are incorporated herein by reference.

It is the Order of the Court that the Court finds, by a preponderance of the evidence pursuant to 18 U.S.C. §4241(d), that defendant is <u>not</u> presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

**ORDERED THIS 30th DAY OF NOVEMBER, 2007.**

**Dated this 30th Day of November 2007.**

Ronald A. White
United States District Judge
Eastern District of Oklahoma

J4h4i0